Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
CYGNUS TRANSPORT LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYGNUS TRANSPORT LTD.,

    Plaintiff,

-against-

PALMYRA SHIPPING & CHARTERING LTD.,

    Defendant.

JUN 1 9 2007

07 Civ. _____ ( )

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    I, Michael J. Frevola, attorney for Cygnus Transport Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Cygnus Transport Ltd. is a privately owned company, is not publicly traded, and has no parent company.

Dated:   New York, New York
         June 19, 2007

                              HOLLAND & KNIGHT LLP

                              By: _____
                              Michael J. Frevola (MJF 8359)
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
# 4615267_v1                  Fax:  (212) 385-9010
                              *Attorneys for Plaintiff*