(Cedarbaum, J.)

Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
CYGNUS TRANSPORT LTD.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYGNUS TRANSPORT LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>PALMYRA SHIPPING & CHARTERING LTD.,<br><br>Defendant. | 07 Civ. 5799 (MGC)<br><br>**NOTICE OF<br>VOLUNTARY<br>DISMISSAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Cygnus Transport Ltd., by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
       April 17, 2008

                           HOLLAND & KNIGHT LLP

                           By: _____
                           Michael J. Frevola (MJF 8359)
                           195 Broadway
                           New York, NY 10007-3189
                           Tel:  (212) 513-3200
                           Fax:  (212) 385-9010

                           *Attorneys for Plaintiff
                           Cygnus Transport Ltd.*

SO ORDERED:

S/ _____
           U.S.D.J.

April 22, 2008